IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: 6:25-cv-2107

RONALD E. GILBERT,

      Plaintiff,

vs.

MID-AMERICA APARTMENT
COMMUNITIES, INC. AND MID-
AMERICA PARTMENTS, LTD.,

      Defendants.

_____/

**<u>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE</u>**

Plaintiff, by and through its undersigned counsel, hereby files its response to the December 1, 2025 Order to Show Cause and states:

**BACKGROUND**

1. On November 3, 2025, Plaintiff filed its Complaint.

2. On November 4, 2025, this Court entered its Initial Case Order placing the parties on notice that within 14 days of its Order, the Parties shall file a Notice of a Related Action as well as the Disclosure Statement and Certification attached to the Order.

3. On December 1, 2025, this Court entered an Order to Show Cause for Plaintiff's Failure to comply with the Initial Case Order.

**CAUSE**

Shortly after the filing of Plaintiff's Complaint, Plaintiff's lead counsel, Robert Twombly, suffered a series of family emergencies that demanded his immediate attention. Due to the sensitive nature of these events, Mr. Twombly respectfully requests that this Court hold a hearing or conference call where Mr. Twombly can explain the events in more detail if needed. Some of these events may have legal implications that should not be on the record. Additionally, Mr. Twombly's certification to practice in the Middle District has lapsed.

Mr. Twombly fully acknowledges his responsibilities and cannot impress upon this Court enough that the untimely compliance with the November 4th Order was not done for the purposes of undue delay and will not be repeated. Mrs. Caballero, an associate of White & Twombly, P.A., has agreed to inherit this matter so that Mr. Twombly can tend to his family. Mrs. Caballero will ensure the full compliance with the November 4th Order and all other rules and procedures governing this action.

**WHEREFORE**, Plaintiff respectfully requests that this Court withhold on the imposition of sanctions until it conducts a hearing or conference call with Mr. Twombly; alternatively, if the Court finds that sanctions are warranted, Plaintiff's counsel respectfully request that the sanctions be directed to counsel rather than Plaintiff individually.

Respectfully submitted,

> **WHITE & TWOMBLY, P.A.**
> *Counsel for Plaintiff*
> 9999 NE 2nd Avenue, Suite 306
> Miami Shores, Florida 33138
> Telephone: (786) 502-2038
> Kris@whitetwombly.com
> paralegalryt@whitetwombly.com
>
> By: */s/Kristina Georgiou*

Kristina Georgiou, Esquire
FBN: 114076

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered to all of the parties on the e-filing service list via the Clerk of Court CM/ECF on this 15th day of December, 2025.

Respectfully submitted,

By: <i>/s/Kristina Georgiou</i>
Kristina Georgiou, Esquire
FBN: 114076