UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD E. GILBERT,

      Plaintiff,

v.                                                                    Case No, 6:25-cv-2107-JSS-DCI

MID-AMERICA APARTMENT
COMMUNITIES, INC. and MID-
AMERICA APARTMENTS, LTD.,
d/b/a MID-AMERICA
APARTMENTS, L.P.,

      Defendants.

_____/

## **MEDIATOR DESIGNATION**

COMES NOW, the parties, by and through their undersigned counsel, and pursuant to this Court's Case Management and Scheduling Order dated March 5, 2026, directing the parties to select a file its Designation of Mediator, hereby provide notice that the parties have agreed upon and selected the following mediator to conduct mediation in this matter:

R. Scott Callen, Esq.
Kullman
2915 Kerry Forest Parkway, Suite 101
Tallahassee, FL 32309
850-702-5798
sc@kullmanlaw.com

The mediation is to take place March 10, 2027 at 10 a.m..

 This selection is made in compliance with the Court's Order of March 5, 2026, and Local Rule 9.06 of the United States District Court for the Middle District of Florida.

1

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered to all of the Parties on the Court's e-service list via the Court's e-portal on April 3, 2026.

Respectfully submitted,

/s/ *Kristina Georgiou*
Kristina Georgiou
Fla. Bar No.    114076
kris@whitetwombly.com
White & Twombly, P.A.
9999 NE 2nd Avenue, Suite 306
Miami Shores, Florida 33138
(786) 502-2038 Telephone
Attorneys for Plaintiff

/s/ *Marc A. Sugerman*
Marc A. Sugerman
Fla. Bar No. 0081876
msugerman@fordharrison.com
Howard M. Waldman
Fla. Bar No. 1002881
hwaldman@fordharrison.com
FORD & HARRISON LLP
300 S. Orange Avenue, Suite 1300
Orlando, Florida 32801
(407) 418-2310 Telephone
(407) 418-2327 Facsimile
Attorneys for Defendants